UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,

    Plaintiffs,

    v.

1233 POLK STREET, LLC, et al.,

    Defendants.
_____/

No. C 13-1211 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J