United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC INC,<br><br>            Plaintiff(s),<br><br>      v.<br><br>1233 POLK STREET,<br><br>            Defendant(s).<br>_____/ | No. C-13-01211-PJH (DMR)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT [DOCKET NO. 16]** |

On July 23, 2013, Plaintiffs filed a motion for default judgment. [Docket No. 16.] Judge Hamilton referred the motion to this court for a report and recommendation. [Docket No. 17.] Having reviewed the motion, this court determines that Plaintiffs did not brief their entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Plaintiffs also did not brief the issue of this court's personal jurisdiction over Defendants.

Plaintiffs shall submit additional briefing by **5:00 p.m. on September 9, 2013**, to address the above deficiencies in the motion for default judgment. Any opposition or statement of non-opposition is due no later than **5:00 p.m. on September 16, 2013**. The previously-noticed hearing date on the motion of September 26, 2013 remains unchanged.

//

//

Immediately upon receipt of this Order, Plaintiffs shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: August 27, 2013

DONNA M. RYU
United States Magistrate Judge

2