KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ksfrank@coblentzlaw.com,
ef-jdg@cpdb.com,
jburke@coblentzlaw.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; FOURTEENTH HOUR MUSIC INC.; COTILLION MUSIC, INC. d/b/a PRONTO MUSIC; MOEBETOBLAME MUSIC; SONGS OF UNIVERSAL, INC.; UNIVERSAL MUSIC-Z TUNES, LLC d/b/a UNIVERSAL MUSIC Z SONGS; SHROOM SHADY MUSIC; HOTEL BRAVO MUSIC; M SHOP PUBLISHING, A DIVISION OF MACHINE SHOP PUBLISHING, LLC; SONY/ATV SONGS LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1233 POLK STREET, LLC, d/b/a MAYES OYSTER HOUSE; CONOR JAMES NUGENT; and RORY GENE FOOS, each individually, <br><br> Defendants. | Case No. C 13-1211 PJH-DMR <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE SUPPLEMENTAL BRIEFING DEADLINE AND HEARING DATE <br><br> Judge: The Hon. Donna M. Ryu <br> Date: September 26, 2013 <br> Time: 11:00 a.m. <br> Ctroom: 4 <br> 1301 Clay Street <br> Oakland, CA 94612 <br><br> Trial Date: None Set |

Plaintiffs have moved the Court for a thirty (30) day continuance of the deadline for filing a Supplemental Brief, currently scheduled for September 9, 2013, and a continuance of the Hearing Date for the Motion for Default Judgment, currently scheduled for September 26, 2013.

13389.024 2532601v1     1     C13-1211 PJH

1   According to counsel for Plaintiffs, the parties are currently engaged in settlement discussions that
2   may moot the pending deadlines.
3         Accordingly, the Court GRANTS Plaintiffs' request to continue the pending deadlines.
4   The Supplemental Briefing Deadline, currently scheduled for September 9, 2013, is continued to
5   _October 7_, 2013.  The hearing date on Plaintiffs' motion for default judgment, currently
6   set for September 26, 2013, is continued to _October 24, 2013.
7         ~~Plaintiffs shall mail a copy of this Order to Defendants within (5) days of this Order and~~
8   ~~file a Certificate of Service with the Court.~~

        Within one business day of this Order, Plaintiffs shall
        serve Defendants with a copy of this Order and file a
10  IT IS SO ORDERED.  proof of service with the court.

12  DATED:  September 6, 2013

                                        _____
                                        HON. DONNA M. RYU

COBLENTZ PATCH DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663