UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC.,

    Plaintiff,

    v.

1233 POLK STREET, dba MAYES OYSTER HOUSE, et al.,

    DefendantS.
_____/

No. C 13-1211 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion for examination of judgment debtors and for order directing production of documents, and for any further related proceedings. Any date for hearing previously noticed on the undersigned's calendar is VACATED.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record