LAW OFFICES
**Lamb & Michael**
A Professional Corporation

1314 G Street
Modesto, California 95354
(209) 578-4111

LINDA S. LEONG #156406

Attorneys for *Plaintiff/Judgment Creditor*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.<br><br>                    Plaintiff,<br><br>vs.<br><br>1233 POLK STREET, LLC, dba MAYES OYSTER HOUSE, et al.<br><br>                    Defendants. | NO.  MC13 1211 PJH<br><br>ORDER ON EX PARTE APPLICATION TO VACATE HEARING ON EXAMINATION OF JUDGMENT DEBTORS<br><br>Date: September 3, 2014<br>Time: 9:00a.m.<br>Courtroom: 14<br>Address: 450 Golden Gate Ave<br>              San Francisco, CA |

Upon reading Plaintiff's ex parte application to vacate the hearing on examination of Judgment Debtors, and good cause appearing;

IT IS HEREBY ORDERED that the Examination of Judgment Debtors scheduled for September 3, 2014 at 9:00 a.m. in Courtroom 14 of the above-entitled court is hereby vacated.

DATED:   September 2, 2014

_____
UNITED STATES MAGISTRATE JUDGE
NANDOR J. VADAS